UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE

Jonathan Andrew Rabinowitz-Perfetto

    v.
                                        Case No. 16-cv-473-SM
Helen Hanks, Commissioner,
New Hampshire Department of Corrections


                              ORDER

   No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 28, 2018, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

   The petitioner's Motion to Withdraw his Motion to Stay (doc. No. 25) and forego exhaustion of Claims 1(a) and 2 is hereby granted.

So Ordered.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date: July 17, 2018

cc: Jonathan Andrew Rabinowitz-Perfetto, pro se
    Elizabeth C. Woodcock, Esq.