UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jonathan Andrew Perfetto

    v.                                      Case No. 16-cv-473-SM

NH State prison, Warden, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 3, 2022.

_____
Steven J. McAuliffe
United States District Judge

Date: June 7, 2022

cc:   Counsel of Record