```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Jonathan Perfetto</u>

    v.                                  Case No. 16-cv-473-SM
                                              Opinion No. 2025 DNH 023

<u>Warden, New Hampshire State
Prison for Men</u>

### O R D E R

Jonathan Perfetto, who is a prisoner at the New Hampshire State Prison for Men, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and sentence entered in December of 2011, on five counts of possession of child sexual abuse images and seven counts of failing to comply with sex offender registration and/or reporting requirements. <u>See</u> <u>State v. Perfetto</u>, No. 216-2011-CR-00107 (N.H. Super. Ct., Hillsborough Cty., N. Dist.). After the Warden moved to dismiss, counsel was appointed to represent Perfetto in this case. The court granted the motion to dismiss because the petition was untimely, and judgment was entered on March 28, 2019. Doc. nos. 57 & 58. Perfetto's post judgment motions were denied, and his appeal seeking a certificate of appealability was denied by the First Circuit Court of Appeals. Doc. nos. 10, 105, 110, 115, & 121.

Perfetto filed three motions to compel the attorneys who represented him to provide him with copies of records and documents from the case because his copies were destroyed by the

prison.  Doc. nos. 116, 117, & 122.  Judgment has been entered in this case, and Perfetto's appeal is concluded.  There is no basis for the court to order counsel to produce documents or records.  Perfetto may, if he chooses, write to counsel to request copies from his files under New Hampshire Bar Association guidelines.

## Conclusion

For the foregoing reasons, the petitioner's motions to require counsel to produce records and documents (doc. nos. 116, 117, & 122) are denied.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

February 25, 2025

cc:   Jonathan Perfetto, pro se
      Counsel of Record